**No. P66/62.**—Gimbel Bros., Inc. *v.* United States, protest 64/4716 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rotary lawn sprinklers similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

**No. P66/63.**—Roto Bag Machine Corp. and Markand Thakar et al. *v.* United States, protests 64/9661, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts essential to and dedicated to use with bag-making machines similar in all material respects to those the subject of *Roto Bag Machine Corp. and Rohner, Gehrig & Co., Inc.* v. *United States* (48 Cust Ct. 401, Abstract 66656), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 23, 1966

**No. P66/64.**—Medisco, Inc. *v.* United States, protest 65/3047 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of stethoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.